CORTES-GARCIA v. UNITED STATES ARIAS-GONZALEZ v. UNITED STATES LEON-ARGUELLO v. UNITED STATES MORENO-CABRERA v. UNITED STATES SANCHEZ-FLORES v. UNITED STATES and GARCIA-MESA v. UNITED STATES C. A. 5th Cir. Certiorari denied.

No. 05–8649. VOILS v. HALL, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–8652. PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8653. MORENO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8655. MORRIS v. CASON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–8660. RIVAS-RUIZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8661. QUIJADA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–8663. SAVOCA, AKA RODDY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8666. MOJARRO-MAGALLANES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8667. OCHOA BALDOVINOS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8668. SALAZAR-MONTES, AKA NOE SALAZAR, AKA SALAZAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8670. SAN MARTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8671. MENDEZ-MEDEROS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8675. EDEKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.